■ JENNIFER PUFF, as Administratrix of the Estate of CHARLES B. PUFF, Deceased, Appellant, v CITY OF PEEKSKILL et al., Respondents. [620 NYS2d 981] —Appeal by the plaintiff from an order of the Supreme Court, Westchester County (Ruskin, J.), dated August 3, 1993.

Ordered that the order is affirmed, with costs, for reasons stated by Justice Ruskin at the Supreme Court. Mangano, P. J., Thompson, Bracken and Altman, JJ., concur.